**Darryl IRVIN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 60935.

Missouri Court of Appeals, Eastern District, Division Two.

Aug. 4, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 14, 1992.

Application to Transfer Denied Oct. 27, 1992.

Dave Hemingway, St. Louis, for movant, appellant.

William L. Webster, Atty. Gen., Robert Alan Kelly, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. Movant had previously pled guilty to one count of unlawful possession of codeine and one count of tampering with physical evidence.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).